222 F.2d 544
 A. S. WIKSTROM, Inc., as owner of THE A. S. WIKSTROM,
Libelant-Appellee,
v.
MORANIA OIL TANKER CORP., as chartered owner of THE BILL
ENDTER and THE MORANIA 130, Claimant-Respondent-Appellant.
 No. 265, Docket 23515.
 United States Court of Appeals Second Circuit.
 Argued April 11, 1955.
Decided April 28, 1955.
 
 Leslie A. Hynes, New York City (Nevius, Brett & Kellogg, New York City, and Bond, Schoeneck & King, Syracuse, N.Y., on the brief), for libelant-appellee.
 John A. Lyon, New York City (Platow & Lyon, New York City, on the brief), for claimant-respondent-appellant.
 Before CLARK, Chief Judge, and FRANK and HASTIE, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed on the opinion of District Judge Brennan, 131 F.Supp. 240.